1
2
3
4
5
6
7
8                          **IN THE UNITED STATES DISTRICT COURT**
9                         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   DAVID MEISEL,                                    CASE NO. CV-F-04-6503 REC LJO

12                     Plaintiff,          **_____ORDER TO RESET SCHEDULING
                                                   CONFERENCE**
13           vs.
                                          Date:   June 23, 2005
14   ALLSTATE INDEMNITY CO., et al,       Time:   8:15 a.m.
                                          Dept.:  6 (LJO)
15                     Defendants.
                                                  /
16

17          Based on the agreement of the parties' counsel, this Court RESETS the mandatory scheduling

18   conference for June 23, 2005 at 8:15 a.m. in Department 6 (LJO).  The parties' counsel are encouraged

19   to appear at the scheduling conference by arranging a one-line conference call and telephoning the Court

20   at (559) 498-7322.  The parties' counsel shall be prepared to discuss whether they consent to the conduct

21   of all further proceedings, including trial, by a United States Magistrate Judge.

22          IT IS SO ORDERED.

23   **Dated:    May 25, 2005**            _____/s/ Lawrence J. O'Neill_____
     66h44d                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                              1