IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEISEL,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INDEMNITY CO., et al,<br><br>                    Defendants.<br>_____/ | CASE NO. CV-F-04-6503 REC LJO<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date:  July 14, 2005<br>Time:  8:15 a.m.<br>Dept.:  6 (LJO) |

This Court convened a scheduling conference in this matter on June 23, 2005 in Department 6. Plaintiff appeared by telephone by counsel Ty Kharazi. Defendant appeared by telephone by counsel Joshua Willis. At the conference, counsel represented that the parties have nearly settled the case and asked for a short continuance. Based on the representation of the parties' counsel, this Court SETS a status conference for July 14, 2005 at 8:15 a.m. in Department 6 (LJO). The parties' counsel are encouraged to appear at the conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322. At the conference, the parties' counsel shall be prepared to discuss whether the case has fully resolved and when dispositive documents may be filed or if not resolved, be prepared to select pretrial and trial dates.

IT IS SO ORDERED.

**Dated:   June 23, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                             UNITED STATES MAGISTRATE JUDGE

1