**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MEISEL, | CASE NO. CV-F-04-6503 REC LJO |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| vs. | |
| ALLSTATE INDEMNITY CO., et al, | Date:   September 1, 2005<br>Time:   8:30 a.m.<br>Dept.:   6 (LJO) |
| Defendants. | |

This Court conducted a status conference in this matter on July 14, 2005 in Department 6. Plaintiff appeared by telephone by counsel Ty Kharazi. Defendant appeared by telephone by counsel Joshua Willis. At the conference, counsel represented that the parties have nearly settled the case, but they need additional time to finalize the settlement documents. Accordingly, this Court SETS a status conference for September 1, 2005 at 8:30 a.m. in Department 6 (LJO). The parties' counsel are encouraged to appear at the conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322. If documents are filed dismissing this action prior to the status conference, the conference will be automatically vacated.

IT IS SO ORDERED.

**Dated:    July 14, 2005**                        **/s/ Lawrence J. O'Neill**
b9ed48                                             UNITED STATES MAGISTRATE JUDGE

1