Gregory Michael MacGregor (SBN: 61970)
Deborah A. Berthel (SBN: 125911)
Joshua N. Willis (SBN: 161727)
MacGREGOR & BERTHEL
21700 Oxnard Street, Suite 1590
Woodland Hills, California 91367
Telephone: (818) 710-3666  Fax: (818)710-3683
E-mail: mblawyers@macgregorlaw.com

Attorneys for Defendants
Allstate Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| DAVID MEISEL,<br><br>          Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, THOMAS J. ANDERSON, Individually and DOES 1 through 50, inclusive,<br><br>          Defendants. | Docket No. CIV.F-04-6503 REC (LJo)<br><br>Case Assigned to the Honorable Robert E. Coyle<br>[Courtroom 1]<br><br>**STIPULATION AND PROPOSED ORDER DISMISSING ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLAINTIFF, DAVID MEISEL** ("Plaintiff") and Defendant **ALLSTATE INSURANCE COMPANY** ("Allstate"), by and through their respective counsel hereby stipulate as follows:

    (1)    Pursuant to *Federal Rule of Civil Procedure* § 41(a)(1), Plaintiff agrees to dismiss, with prejudice, the entire action.

(2)  Each of the parties shall bear their own fees and costs for this action.

**IT IS SO STIPULATED.**

DATED:  November 9, 2005          **MACGREGOR & BERTHEL**

By _____
    Joshua N. Willis
Attorneys for Defendant
**Allstate Insurance Company**

DATED:  November 15, 2005         **KHARAZI & SIRABIAN**

By _____
    H. Ty Kharazi
Attorneys for Plaintiff
**David Meisel**

**IT IS SO ORDERED.**

DATED: Nov 17, 2005

_____
**HONORABLE ROBERT E. COYLE,**
United States District Judge for the Eastern
District of California